FILED:  July 27, 2022

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 21-6122**

---

UNITED STATES OF AMERICA,

       Plaintiff – Appellee,

v.

YONATHAN MELAKU,

       Defendant – Appellant.

---

O R D E R

---

The Court amends its opinion filed on July 25, 2022, as follows:

On line 2 of page 14, the word "of" is inserted after "in favor."

For the Court – By Direction

/s/ Patricia S. Connor, Clerk